860

■ WILLIAM GATES, Respondent, v. HOTEL ST. GEORGE CORPORATION, Appellant.— In an action to recover damages for personal injuries, the appeal is from a judgment entered on a jury verdict. Judgment reversed on the law and the facts, without costs, and complaint dismissed. In our opinion respondent was at best a bare licensee when he used the stairs upon which he fell. Hence, appellant's sole duty was to refrain from injuring him willfully or wantonly (Mendelowitz v. Neisner, 258 N. Y. 181; cf. Caldwell v. Village of Is. Park, 304 N. Y. 268, 273). Moreover, the finding of inadequate light, which is implicit in the jury's verdict, is, in our opinion, contrary to the weight of evidence. Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.

■ In the Matter of ABRAHAM SCHACHNE, Appellant, against JOSEPH P. McMURRAY, as Commissioner of Housing, Respondent. — Proceeding to review a determination of the State Commissioner of Housing permitting appellant's landlord, a limited dividend housing company governed by article IX of the Public Housing Law, to proceed to evict appellant from an apartment, on the ground that the apartment is underoccupied. The appeal is from an order made on reargument dismissing the proceeding. Appellant contends that a maid or practical nurse is a member of the family unit. Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of the Accounting of BANKERS TRUST COMPANY, Respondent, as Substituted Trustee under the Will of LEWIS E. WATERMAN, Deceased. JAMES S. REGAN, JR., as Special Guardian for Infants, et al., Respondents; MARIAN A. WATERMAN, as Executrix of ELISHA H. WATERMAN, Deceased, Appellant.— Appeal by the executrix of the estate of a life beneficiary of a testamentary trust from so much of a decree of the Surrogate's Court, Kings County, as construes the trust, settles the final account of the substituted trustee, and directs distribution of the corpus, in accordance with such construction. Decree unanimously affirmed, with one bill of costs to respondents filing briefs, payable out of the estate. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.